UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Reverend Beck,

Plaintiff,

Civil 01-1851 (RHK/JMM)

vs.

**ORDER**

Mike Hatch, W. Karl Hanson, Jennifer K. Park, Sheryl Ramstad-Hvass, Daryl E. Lynn, Mark B. Levinger, Kathleen A. Blatz, Edward Toussaint, Robert H. Schumacher, Gordon W. Shumaker, James C. Harten, Gary R. Schurrer, Gary M. Meyer, Doug Johnson, Steve Lydon, Mary Sthal-Swanson, and Mary McComb,

Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated October 19, 2001. No Objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation and the undersigned's de novo review of the Objections thereto, and upon all the files, records and proceedings herein,

**IT IS ORDERED**:

1. The Objections (Doc. No. 5) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 05 2001
DEPUTY CLERK

3. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Doc. No. 2) is **DENIED**;

4. The action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

5. Plaintiff shall pay the unpaid balance of the Court filing fee, namely the full $150, in accordance with 28 U.S.C. § 1915( b)(2);

6. Plaintiff's motion for appointment of counsel (Doc. No. 3) is **DENIED**; and

7. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

Dated: November 5, 2001

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.