# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Reverend Beck

Plaintiff

v.

Mike Hatch, W. Karl Hanson, Jennifer K. Park, Sheryl Ramstad-Hvass, Daryl E. Lynn, Mark B. Levinger, Kathleen A. Blatz, Edward Toussaint, Robert H. Schumacher, Gordon W. Shumaker, James C. Harten, Gary R. Schurrer, Gary M. Meyer, Doug Johnson, Steve Lydon, Mary Sthal-Swanson and mary McComb

Defendants

Case No. Civil 01-1851 RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The Report and Recommendation is adopted. Plaintiff's application to proceed without prepayment of fees is denied. This action is summarily dismissed. Plaintiff shall pay the unpaid balance of the court filing fee namely the full $150. Plaintiff's motion for appointment of counsel is denied. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: November 5, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk